**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0757  (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No:  18-34197-HDH-13 |
| **DARYL D ROGERS & LOVIE TASKER-ROGERS** | |
| Debtors | Pre-Hearing Date:  October 31, 2019 |

Notice of Pre-Hearing Conference and Hearing on
"Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at **8:30 a.m.** on **October 31, 2019** at 105 DECKER COURT, SUITE 120, 1ST FLOOR, IRVING, TX 75062.

Any objection to the TRCC not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

Pursuant to General Order 2017-01, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 09/21/2019.

| | |
|---|---|
| Debtors: | DARYL D ROGERS & LOVIE TASKER-ROGERS, , PO BOX 292278, LEWISVILLE, TX  75029 |
| Attorney: | PRICE AND PRICE LAW PC, 10000 NORTH CENTRAL EXPRESSWAY, SUITE 400, DALLAS, TX  75231 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct, Suite 1150 11th Floor, Irving, TX  75062

Case # 18-34197-HDH-13                                                                                                Page 2
DARYL D ROGERS & LOVIE TASKER-ROGERS
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtors: | Daryl D Rogers & Lovie Tasker-Rogers, Po Box 292278, Lewisville, Tx  75029 |
| Attorney: | Price And Price Law Pc, 10000 North Central Expressway, Suite 400, Dallas, Tx  75231** |
| Creditor(s): | Adt Security Services, 14200 E Exposition Ave, Aurora, Co  80012 |
| | Ascendium Education Solutions, Po Box 809142, Chicago, Il  60680 |
| | Ascendium Education Solutions, Po Box 8961, Madison, Wi  53708 |
| | Attorney General Of Texas, Oag Csd Mail Code 38, Po Box 12017, Austin, Tx  78711-2017** |
| | Attorney General Of Texas, Po Box 12548, Austin, Tx  78711-2548** |
| | Bmo Harris Bank Na, Po Box 3040, Cedar Rapids, Ia  52406 |
| | Bmo Harris Bank Na, Po Box 71951, Chicago, Il  60694-1951 |
| | Cbcs, Po Box 2589, Columbus, Oh  43216 |
| | Cc Waco-Financial Control Services, 6801 Sanger Ave, Suite 195, Waco, Tx  76702 |
| | Compass Bank, Po Box 10566, Birmingham, Al  35296 |
| | County Of Brazos, Mccreary Veselka Bragg And Allen, Po Box 1269, Round Rock, Tx  78680-1269 |
| | County Of Denton, Mccreary Veselka Bragg & Allen Pc, Po Box 1269, Round Rock, Tx  78680-1269 |
| | County Of Denton, Po Box 1277, Denton, Tx  76202-1277 |
| | Credit Collections Svc, Po Box 773, Needham, Ma  02494 |
| | Ecmc, Lock Box No 8682, Po Box 16478, St Paul, Mn  55116-0478** |
| | Ecmc, Po Box 16408, St Paul, Mn  55116** |
| | Equifax, Po Box 740241, Atlanta, Ga  30348 |
| | Experian, 701 Experian Pkwy, Allen, Tx  75013-3713 |
| | Internal Revenue Service, Po Box 7317, Philadelphia, Pa  19101-7317** |
| | Internal Revenue Service, Po Box 7346, Philadelphia, Pa  19101-7346** |
| | Lewisville Isd, 2777 N Stemmons Freeway, Suite 1000, Dallas, Tx  75207 |
| | Lewisville Isd, Linebarger Goggan Blair & Sampson Llp, 2777 N Stemmons Freeway Ste 1000, Dallas, Tx  75207 |
| | Mccreary Veselka Bragg Allen, Po Box 1269, Round Rock, Tx  78680** |
| | Medical Center Of Lewisville, 500 West Main Street, Lewisville, Tx  75057 |
| | Navient, Po Box 9500, Wilkes Barre, Pa  18773 |
| | Nco Financial Services, Po Box 15618 Dept 38, Wilmington, De  19850 |
| | Nco Financial Systems, 2360 Campbell Creek Blvd, No 500, Richardson, Tx  75082-4422 |
| | Quest Diagnostics, Po Box 740799, Cincinnati, Oh  75274 |
| | Questcare Er Lewisville, Po Box 201611, Dallas, Tx  75320 |
| | Saf/Trustudent, 2500 E Broadway St, Helena, Mt  59601 |
| | State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx  78711** |
| | Texans Credit Union, Po Box 853912, Richardson, Tx  75085-3912 |
| | Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx  78711-3127** |
| | Texas Employment Commission, Tec Building Bankruptcy, 101 E 15Th Street, Austin, Tx  78778** |
| | The County Of Brazos Texas, 4151 County Park Ct, Bryan, Tx  77802-1430 |
| | Trans Union, Po Box 1000, Chester, Pa  19022 |
| | Us Attorney, 1100 Commerce St 3Rd Fl, Dallas, Tx  75242-1699** |
| | Us Attorney, Department Of Justice, 10Th & Constitution Ave Nw, Washington, Dc  20530 |
| | Verizon, Po Box 920041, Dallas, Tx  75392-0041 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

**Case # 18-34197-HDH-13**  Page 3
**DARYL D ROGERS & LOVIE TASKER-ROGERS**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

---

Dated: <u>08/22/2019</u>  By: /s/ Thomas D. Powers
 Thomas D. Powers

Case # 18-34197-HDH-13  Page 4
DARYL D ROGERS & LOVIE TASKER-ROGERS
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  Case No: 18-34197-HDH-13
**DARYL D ROGERS & LOVIE TASKER-ROGERS**
Debtors  Hearing Date: October 31, 2019

**Trustee's Recommendation Concerning Claims, Objection to Claims and
Plan Modification (if required)**

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtors. No Proof of Claim has been filed by them or on their behalf, as required by Fed. R. Bankr. P. 3002(a). The "bar date" for filing claims pursuant to Fed. R. Bankr. P. Rule 3002(c) has passed. Therefore, the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| 2 | ADT SECURITY SERVICES | Unsecured | $315.34 |
| 8 | CBCS | Unsecured | $574.75 |
| 9 | CC WACO-FINANCIAL CONTROL SERVICES | Unsecured | $328.00 |
| 11 | CREDIT COLLECTIONS SVC | Unsecured | $146.02 |
| 21 | NCO FINANCIAL SYSTEMS | Unsecured | $5,005.89 |
| 23 | QUEST DIAGNOSTICS | Unsecured | $105.46 |
| 31 | VERIZON | Unsecured | $605.71 |
| 41 | ADT SECURITY SERVICES | Unsecured | $209.27 |
| 42 | CC WACO-FINANCIAL CONTROL SERVICES | Unsecured | $25.00 |
| 43 | QUEST DIAGNOSTICS | Unsecured | $86.65 |
| 49 | TEXANS CREDIT UNION | Unsecured | $2,947.00 |

**II.**

**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1 Pacer # | Column 2 Creditor Name | Column 3 Claim Amount | Column 4 Allow/Disallow | Column 5 Amount | Column 6 Class | Column 7 Reason (See Below) | Column 8 T'ee # |
|---|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | | |

Case # 18-34197-HDH-13                                                                                                            Page 5
DARYL D ROGERS & LOVIE TASKER-ROGERS
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

### CODE: "REASON(S)" FOR CLAIM OBJECTION

*** NONE ***

### III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| 26 | TEXANS CREDIT UNION | HOMESTEAD/ARREARS | $2,750.40 | 0.00 | Trustee |
| 38 | TEXANS CREDIT UNION | HOMESTEAD/CURRENT | $133,911.64 | N/A | Trustee |
| 39 | TEXANS CREDIT UNION | HOMESTEAD/GAP ARREARS | $1,375.20 | 0.00 | Trustee |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 7 | BMO HARRIS BANK NA | TRUCK AND TRAILER | $43,126.95 | $82,828.65 | 6.25 | Trustee |
| 12 | COUNTY OF DENTON | REAL PROPERTY | $8,869.51 | $309,487.00 | 12.00 | Trustee |
| 32 | THE COUNTY OF BRAZOS TEXAS | REAL PROPERTY | $124.99 | $309,487.00 | 12.00 | Trustee |
| 33 | LEWISVILLE ISD | REAL PROPERTY | $21,024.64 | $309,487.00 | 12.00 | Trustee |
| 40 | TEXANS CREDIT UNION | 11 MERCEDES S550 | $29,202.37 | $29,222.64 | 3.44 | Trustee |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| 54 | BMO HARRIS BANK NA | 14 KENWORTH T660 SERIES TRACTOR | $180,220.76 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| 15 | INTERNAL REVENUE SERVICE | TAXES | $238.49 | Trustee |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | | |

Case # 18-34197-HDH-13                                                                                                       Page 6
**DARYL D ROGERS & LOVIE TASKER-ROGERS**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 5 | COMPASS BANK | | $19.00 |
| 6 | COMPASS BANK | | $109.50 |
| 34 | COMPASS BANK | | $40.38 |
| 35 | COMPASS BANK | | $10,179.78 |
| 36 | COMPASS BANK | | $15,625.99 |
| 50 | TEXANS CREDIT UNION | | $2,423.00 |
| 51 | ECMC | STUDENT LOAN | $23,252.28 |
| 55 | ASCENDIUM EDUCATION SOLUTIONS | STUDENT LOAN | $17,337.71 |
| 57 | INTERNAL REVENUE SERVICE | PENALTY | $3,272.36 |

IV.

**PLAN MODIFICATION, subject to feasibility**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2017-01, the Trustee requests the following Modification of the Debtors' Confirmed Plan, subject to feasibility, herein:

- No Modification Needed.

The total amount due under the plan as of 08/17/2019 is $40,000.00; payments to resume 09/17/2019, $5,000.00 X 52

Plan Base is $300,000.00
Plan Term is 60

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0757  (Fax)