PRICE AND PRICE LAW, P.C.
10,000 North Central Expressway
Suite 400
Dallas, TX. 75231
214/696/9601-Telephone
214/696/9635-Facsimile
megan@priceandpricelawfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-34197-13 |
| | § | |
| Daryl D. Rogers and | § | CHAPTER 13 |
| | § | |
| Lovie Tasker-Rogers | § | Pre-Hearing: 1/30/2020 at 8:30am |
| DEBTORS | § | |
| | § | Hearing: 1/30/2020 at 2:00pm |

**AMENDED NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM #8 FILED BY BMO HARRIS BANK**

PLEASE BE ADVISED that a pre-hearing conference will be held on 1/30/2020 at 8:30am with the Chapter 13 Trustee concerning the OBJECTION TO PROOF OF CLAIM #8 FILED BY BMO HARRIS BANK at 105 Decker Court, Ste 120, Irving, Texas, 75062.

Any objections to the OBJECTION TO PROOF OF CLAIM #8 FILED BY BMO HARRIS BANK not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 1/30/2020 at 2:00pm in Judge Harlin D. Hale's Courtroom, Earle Cabell Federal Building, 14th Floor, 1100 Commerce Street, Dallas, Texas, 75242.

Respectfully Submitted,

  /s/ Megan Price
Megan Price
SBN 24065926
PRICE & PRICE LAW, P.C.
10,000 North Central Expressway
Suite 400
Dallas, TX  75231

214/696/9601 - Telephone
214/696/9635 - Facsimile
megan@priceandpricelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the OBJECTION TO PROOF OF CLAIM #8 FILED BY BMO HARRIS BANK and Notice of Hearing on OBJECTION TO PROOF OF CLAIM #8 FILED BY BMO HARRIS BANK was on this November 27, 2019 forwarded to the following parties:

Daryl D. Rogers and Lovie Tasker-Rogers
P.O. Box 292278
Lewisville, TX 75029

BMO Harris Bank
PO Box 3040
Cedar Rapids, IA 52406

BMO Harris
c/o Ammar Dadabhoy
WONG FLEMING
77 Sugar Creek Center Blvd
Suite 401
Sugar Land, Texas 77478

AND BY ELECTRONIC TRANSMISSION:

Chapter 13 Trustee:
Thomas Powers

US Trustee

All Parties Requesting Notice

/s/Megan Price
Megan Price